Keith A. Custis
  kcustis@custislawpc.com
CUSTIS LAW, P.C.
1875 Century Park East, Suite 700
Los Angeles, California 90067
(213) 863-4276

Ashley Keller (*pro hac vice forthcoming*)
  ack@kellerlenkner.com
Travis Lenkner (*pro hac vice forthcoming*)
  tdl@kellerlenkner.com
Tom Kayes (*pro hac vice forthcoming*)
  tk@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220

Warren Postman (*pro hac vice forthcoming*)
  wdp@kellerlenkner.com
KELLER LENKNER LLC
1300 I Street, N.W., Suite 400E
Washington, D.C. 20005
(202) 749-8334

*Attorneys for Petitioners*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTORIA ABARCA, et al.,<br><br>            Petitioners,<br><br>   v.<br><br>LYFT, INC.,<br><br>            Respondent. | Case No. 3:18-cv-7502<br><br>**DECLARATION OF TOM KAYES IN SUPPORT OF MOTION TO COMPEL ARBITRATION** |

I, Tom Kayes, declare based on personal knowledge as follows:

1. I am an associate at Keller Lenkner LLC, counsel for Petitioners in this matter.

2. I have personal knowledge of the facts stated herein, and if called upon as a witness, I could and would testify competently thereto.

3. This declaration is submitted in support of Petitioners' Motion to Compel Arbitration.

4. On September 14, 2018, Keller Lenkner informed Lyft that it planned to file demands for arbitration and offered to discuss resolving the claims in an alternative manner, such as through mediation. Ultimately, the parties were not able to agree on an alternative to arbitration.

5. Keller Lenkner submitted 3,661 individual arbitration demands to AAA on behalf of Petitioners:

- (1) October 26, 2018 — 1,123 individual demands;
- (2) November 2, 2018 — 471 individual demands; and
- (3) December 7, 2018 — 2,067 individual demands

6. On November 8, 2018, AAA sent a letter invoicing Lyft for the filing fees necessary to commence the 1,123 arbitration demands served on October 26, 2018. The letter set December 10, 2018 as the deadline for paying those fees.

7. Instead of paying the contractually required arbitration fees, on November 16, 2018, Lyft filed a tort lawsuit against Keller Lenkner and one of its partners, Warren Postman, claiming money damages and seeking an injunction to stop Keller Lenkner from representing Petitioners in their arbitrations. The lawsuit is captioned *Lyft, Inc. v. Postman*, No. 3:18-cv-06978-EMC (N.D. Cal.).

8. To date, Lyft has not paid a single arbitration fee, and not a single arbitration has commenced. AAA has said it will not invoice Lyft for the arbitrations filed on November 2, 2018, and December 7, 2018, until Lyft pays its invoice from the October 26, 2018 demands.

9. Attached as Exhibit A is a true and correct copy of Lyft's Memorandum of Law in Support of Its Motion to Compel Individual Arbitration and Dismiss Action in Case 1:15-cv-

001159-EDL, filed on April 17, 2015 in the United States District Court for the Northern District of California.

10. Attached as Exhibit B is a true and correct copy of AAA's letter to counsel, dated November 8, 2018.

11. Attached as Exhibit C is a true and correct copy of Lyft's letter to AAA, dated November 30, 2018.

12. Attached as Exhibit D is a true and correct copy of Petitioners' letter to AAA, dated December 6, 2018.

13. Attached as Exhibit E is a true and correct copy of AAA's email to counsel, dated December 7, 2018.

14. Attached as Exhibit F is a true and correct copy of Lyft's letter to AAA, dated December 11, 2018.

15. Attached as Exhibit G is a true and correct copy of Petitioners' letter to AAA, dated December 12, 2018.

16. Attached as Exhibit H is a true and correct copy of Petitioners' Arbitration Demand for California Drivers, dated October 26, 2018. The other demands filed on November 2, 2018, and December 7, 2018, referred to in paragraph 5, are materially identical.

17. Attached as Exhibit I is a true and correct copy of Petitioners' Arbitration Demand for Massachusetts Drivers, dated October 26, 2018. The other demands filed on November 2, 2018, and December 7, 2018, referred to in paragraph 5, are materially identical.

18. I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on December 13, 2018          /s/ Tom Kayes
                                       By: Tom Kayes

DECLARATION OF TOM KAYES
CASE NO. 3:18-cv-7502

**CERTIFICATE OF SERVICE**

I certify that I shall cause the foregoing document to be served on Lyft, Inc. at its headquarters at 185 Berry Street, Suite 5000, San Francisco, California 94107.

Dated: December 13, 2018.

/s/ Keith A. Custis