# Exhibit E

| | |
|---|---|
| **From:** | **AAA Jonathan Weed** JonathanWeed@adr.org |
| **Subject:** | RE: Keller Lenkner arbitrations |
| **Date:** | December 7, 2018 at 9:57 AM |
| **To:** | Ashley Keller ack@kellerlenkner.com, Jo Golub JGolub@keker.com, R. James Slaughter RSlaughter@keker.com, Tom Kayes tk@kellerlenkner.com, Warren Postman wdp@kellerlenkner.com, rmeny@keker.com |
| **Cc:** | AAA Heather Santo heathersanto@adr.org |

Dear Counsel,

This will acknowledge receipt of the below e-mail and attached letter from Mr. Keller.

Upon reviewing the parties' correspondence and the filing documents, the AAA has made an administrative determination that Claimants have met its filing requirements by filing demands for arbitration providing for administration by the AAA under its Rules. Accordingly, in the absence of an agreement by the parties or a court order staying these matters, the AAA will proceed with the administration of the arbitrations.

The parties may submit their arguments to the arbitrators for determination, upon their appointment.

This will confirm that Respondent's share of the administrative fees in the amount of $2,133.700.00 is due to the AAA by December 10, 2018.

Please contact me if you have any questions or concerns.

Sincerely,



**AAA Jonathan Weed**
**Director of ADR Services**

American Arbitration Association

T: 401 431 4745   F: 866 644 0234   E: JonathanWeed@adr.org
1301 Atwood Ave, Suite 211N, Johnston, RI 02919

adr.org  |  icdr.org  |  aaamediation.org

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

---

**From:** Ashley Keller <ack@kellerlenkner.com>
**Sent:** Thursday, December 6, 2018 3:58 PM
**To:** AAA Jonathan Weed <JonathanWeed@adr.org>; 'Jo Golub' <JGolub@keker.com>; R. James Slaughter <RSlaughter@keker.com>; Tom Kayes <tk@kellerlenkner.com>; Warren Postman <wdp@kellerlenkner.com>; rmeny@keker.com
**Cc:** AAA Heather Santo <heathersanto@adr.org>
**Subject:** Re: Keller Lenkner arbitrations

*This email originated outside of the American Arbitration Association. Use caution before opening attachments and/or clicking on links.*

Mr. Weed,

Please see the attached letter.

Thank you, and best regards,

Ashley

**Ashley C. Keller**
Partner

**Keller | Lenkner**
150 N. Riverside Plaza, Suite 4270 | Chicago, IL 60606
312.741.5222 | Website | Email

---

**From:** AAA Jonathan Weed <JonathanWeed@adr.org>
**Date:** Monday, December 3, 2018 at 1:16 PM
**To:** 'Jo Golub' <JGolub@keker.com>, "R. James Slaughter" <RSlaughter@keker.com>, Tom Kayes <tk@kellerlenkner.com>, Ashley Keller <ack@kellerlenkner.com>, Warren Postman <wdp@kellerlenkner.com>, "rmeny@keker.com" <rmeny@keker.com>
**Cc:** AAA Heather Santo <heathersanto@adr.org>
**Subject:** RE: Keller Lenkner arbitrations

Dear Counsel,

We are in receipt of the below e-mail and attached letter from Ms. Golub.

At this time, we request the comments of Claimants with respect to Ms. Golub's letter.  Said comments are due to the Association on or before December 6, 2018.

Should you have any questions or concerns, please do not hesitate to contact me.

Sincerely,



**AAA Jonathan Weed**
**Director of ADR Services**

American Arbitration Association

T: 401 431 4745  F: 866 644 0234  E: JonathanWeed@adr.org
1301 Atwood Ave, Suite 211N, Johnston, RI 02919
adr.org  |  icdr.org  |  aaamediation.org

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Jo Golub <JGolub@keker.com>
**Sent:** Friday, November 30, 2018 5:34 PM
**To:** AAA Jonathan Weed <JonathanWeed@adr.org>
**Cc:** R. James Slaughter <RSlaughter@keker.com>
**Subject:** Keller Lenkner arbitrations

*This email originated outside of the American Arbitration Association. Use caution before opening attachments and/or clicking on links.*

Mr. Weed,

Please see the attached regarding the arbitration demands filed against Lyft by the Keller Lenkner firm.  Please contact me if you have any questions.

Thank you,
Jo Golub

---

**Jo Golub**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 773 6691 direct | 415 391 5400 main
jgolub@keker.com | vcard | keker.com

