| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Tom Kayes, 6315461<br>Keller Lenkner LLC<br>1959 Saipan Drive<br>Glenview, IL 60026 | (312)741-522| |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Lyft/Arb | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
Victoria Abarca

DEFENDANT:
Lyft, Inc.

**PROOF OF SERVICE**

| DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:18-cv-07502 |
|---|---|---|---|

BY FA**X**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
See Attached List

2. Party Served: Lyft, Inc.

3. Person Served: Albert Demonte - CT Corporation System - Person Authorized to Accept Service of Process

4. Date & Time of Delivery:   12/14/2018    3:00PM

5. Address, City and State:   818 West Seventh Street, Suite 930
                              Los Angeles, CA 90017

6. Manner of Service:   Personal Service - By personally delivering copies.

Fee for Service: $ 115

Registered California process server.
County: Los Angeles
Registration No.: 4553
Jimmy Lizama
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 12/17/2018 at Los Angeles, California.

Signature: _____
                Jimmy Lizama

## Attached List

## Case No. 3:18-CV-07502

Summons, Petition For Order, Motion to Compel, Declaration, Notice of Motion and Motion to Compel, Order Setting Initial Case Management Conference, Notice of Related Case, Standing Order RE:, Notice of Settlement Conference, Contents of Joint Case Management Statement, Order RE Discovery Procedures