Keith A. Custis
  kcustis@custislawpc.com
CUSTIS LAW, P.C.
1875 Century Park East, Suite 700
Los Angeles, California 90067
(213) 863-4276

Ashley Keller (*pro hac vice*)
  ack@kellerlenkner.com
Travis Lenkner (*pro hac vice*)
  tdl@kellerlenkner.com
Tom Kayes (*pro hac vice*)
  tk@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220

Warren Postman (*pro hac vice*)
  wdp@kellerlenkner.com
KELLER LENKNER LLC
1300 I Street, N.W., Suite 400E
Washington, D.C. 20005
(202) 749-8334

*Attorneys for Petitioners*

Rachael E. Meny - #178514
  rmeny@keker.com
R. James Slaughter - #192813
  rslaughter@keker.com
KEKER VAN NEST & PETERS LLP
633 Battery Street
San Francisco, California 94111-1809
(415) 391-5400

*Attorneys for Respondent*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTORIA ABARCA*, et al.*,<br><br>    *Petitioners*,<br><br>    v.<br><br>LYFT, INC.,<br><br>    *Respondent*. | No. 3:18-cv-07502-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER RE PETITION AND MOTION TO COMPEL ARBITRATION**<br><br>Judge:    Elizabeth D. Laporte |

1   WHEREAS, Petitioners filed their Petition for Order Compelling Arbitration on December

2   13, 2018 (Dkt. 1) and simultaneously filed a Motion to Compel Arbitration (Dkt. 5);

3   WHEREAS, Petitioners served Respondent with both the Petition and Motion on December

4   14, 2018 (Dkt. 28);

5   WHEREAS, counsel for Respondents have not appeared until today (December 21, 2018);

6   WHEREAS, counsel for Petitioners and counsel for Respondent have met and conferred

7   and have agreed to modify the deadline for responding to the Petition and the deadlines related to

8   the Motion to Compel;

9   THEREFORE, the parties, subject to the Court's approval, stipulate to change the current

10  schedule for the above-referenced Petition and Motion to the following:

| Event | Current Deadline | [Proposed] Deadline |
|---|---|---|
| Respondent's Opposition to Motion to Compel Arbitration | December 27, 2018 | January 25, 2019 |
| Petitioners' Reply to Respondent's Opposition to Motion to Compel Arbitration | January 3, 2019 | February 6, 2019 |
| Respondent's Response to Petition for Order Compelling Arbitration | January 4, 2019 | March 4, 2019 |
| Motion to Compel Arbitration Hearing | January 22, 2019 | February 21, 2019, or as soon thereafter as the Court may be available |

The parties further stipulate that the filing of this stipulation does not waive, and is without

prejudice to, any party's rights with respect to the Petition or Motion.

2

1  DATED: December 21, 2018 So Stipulated.

2                                          /s/ Travis Lenkner
3                                          Travis Lenkner (*pro hac vice*)
                                            tdl@kellerlenkner.com
4                                          KELLER LENKNER LLC
                                            *Attorney for Petitioners*
5

6  DATED: December 21, 2018 So Stipulated.

7
                                            /s/ Rachel E. Meny
8                                          Rachael E. Meny - #178514[1]
                                            rmeny@keker.com
9                                          KEKER VAN NEST & PETERS LLP
                                            *Attorney for Respondent*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  _____
     [1]Travis Lenkner, the filer of this document, hereby attests that he obtained the concurrence
28  of the other signatory, Rachael E. Meny, prior to its filing.

# [PROPOSED] ORDER

Pursuant to the stipulation submitted by the parties, IT IS SO ORDERED that the following schedule will govern Respondent's response to the Petition for Order Compelling Arbitration (Dkt. 1) and Motion to Compel Arbitration (Dkt. 5):

| Event | [Proposed] Deadline |
|---|---|
| Respondent's Opposition to Motion to Compel Arbitration | January 25, 2019 |
| Petitioners' Reply to Respondent's Opposition to Motion to Compel Arbitration | February 6, 2019 |
| Respondent's Response to Petition for Order Compelling Arbitration | March 4, 2019 |
| Motion to Compel Arbitration Hearing | February 21, 2019, or as soon thereafter as the Court may be available |

The parties' stipulation to the above schedule does not waive, and is without prejudice to, any party's rights with respect to the Petition (Dkt. 1) or Motion (Dkt. 5).

Dated: December ___, 2018.          SO ORDERED.


_____
Hon. Elizabeth D. Laporte
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER RE
PETITION AND MOTION TO COMPEL
CASE NO. 3:18-CV-7502-EDL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that I caused the foregoing document to be served on all ECF-registered counsel of record via the Court's CM/ECF system.

Dated: December 21, 2018.

/s/ Travis Lenkner