UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATHANIEL WHITSON,

                Plaintiff,

    v.

LYFT, INC.,

                Defendant.

Case No.  18-cv-06539-VC

**ORDER DENYING MOTIONS TO RELATE CASES**

Re: Dkt. Nos. 14, 15

The motions to relate *Abdeljabbar v. Lyft, Inc.*, Case No. 3:18-cv-07482-RS, and *Abarca v. Lyft, Inc.*, Case No. 3:18-cv-07502-WHA, to *Whitson v. Lyft, Inc.*, Case No. 3:18-cv-06539-VC, are denied.

**IT IS SO ORDERED.**

Dated: January 14, 2019

VINCE CHHABRIA
United States District Judge