Keith A. Custis
  kcustis@custislawpc.com
CUSTIS LAW, P.C.
1875 Century Park East, Suite 700
Los Angeles, California 90067
(213) 863-4276

Ashley Keller (*pro hac vice*)
  ack@kellerlenkner.com
Travis Lenkner (*pro hac vice*)
  tdl@kellerlenkner.com
Tom Kayes (*pro hac vice*)
  tk@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220

Warren Postman (*pro hac vice*)
  wdp@kellerlenkner.com
KELLER LENKNER LLC
1300 I Street, N.W., Suite 400E
Washington, D.C. 20005
(202) 749-8334

*Attorneys for Petitioners*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTORIA ABARCA, *et al.*, <br><br> *Petitioners*, <br><br> v. <br><br> LYFT, INC., <br><br> *Respondent*. | No. 3:18-cv-07502-WHA <br><br> **NOTICE OF WITHDRAWAL OF MOTION TO COMPEL ARBITRATION** <br><br> Date:      February 26, 2019 <br> Location: Courtroom 12 <br> Judge:    William H. Alsup |

On December 13, 2018, Petitioners moved to compel arbitration. ECF No. 5. The original deadlines for the motion were: Lyft's response on December 27, 2018; Petitioners' reply on January 3, 2019; and the hearing on January 22, 2019. ECF No. 45. On December 21, 2018, Petitioners and Lyft filed a stipulation to extend the deadlines so that Lyft's response would be due January 25, 2019; Petitioners' reply would be due February 6, 2019; and the hearing would be on or after February 21, 2019. *Id*. On December 26, 2018, Judge Laporte granted the parties' stipulation as to the briefing deadlines and scheduled the hearing for February 26, 2019. *Id*.

At this time, Petitioners withdraw their motion to compel, ECF No. 5, without prejudice. Petitioners respectfully request that the Court vacate the current briefing schedule and the February 26, 2019 hearing date.

Date: January 24, 2019               Respectfully submitted,

/s/ Travis Lenkner
Travis Lenkner (*pro hac vice*)
  tdl@kellerlenkner.com
Ashley Keller (*pro hac vice*)
  ack@kellerlenkner.com
Tom Kayes (*pro hac vice*)
  tk@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220

Warren Postman (*pro hac vice*)
  wdp@kellerlenkner.com
KELLER LENKNER LLC
1300 I Street, N.W., Suite 400E
Washington, D.C. 20005
(202) 749-8334

Keith A. Custis
  kcustis@custislawpc.com
CUSTIS LAW, P.C.
1875 Century Park East, Suite 700
Los Angeles, California 90067
(213) 863-4276

*Attorneys for Petitioners*